# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**RODERICK FREEMAN**                                                 **PLAINTIFF**

**V.**                                **CIVIL ACTION NO.: 3:15cv589-DPJ-FKB**

**MANAGEMENT & TRAINING CORPORATION;**
**MTC CORRECTIONS, LP;**
**OFFICER J. MCCONNELL, individually and in her**
**official capacity; OFFICER HUNT, individually**
**and in her official capacity; and JOHN AND JANE DOES, 1-5**      **DEFENDANTS**

## AFFIDAVIT OF RODERICK FREEMAN

State of Mississippi

County of Marshall

       I, Roderick Freeman, having been duly sworn, state under oath that the following is true and correct:

1. I am the Plaintiff in this action.

2. I have read over the Statement I wrote out on March 7, 2015 and the ARP papers I filed, and they are true and correct to the best of my knowledge.

3. I have a seventh (7th) grade education.

4. MTC/MDOC officers Sgt Ruffin and Lt. Ricks instructed me on how to fill out the ARP form. I had just gotten out of the hospital and was on medication, but I recall that they had me to write the Statement which consists of three pages. They told me that I did not have to put everyone's name in the ARP form since they were in the statement. All I had to do was summarize things for the ARP form, since they had the statement too.

5.  I was told to just talk about the incident. I did not understand that I needed to name MTC as a business or include any claims about what they did or did not do about hiring or training Officer McConnell.

Witnessed my signature this the 30 day of March, 2016.

*Roderick Freeman*
RODERICK FREEMAN

Sworn to and subscribed before me, the undersigned authority in and for the jurisdiction aforesaid, on this the 1st day of ~~March,~~ April 2016.

*Bernice Brown*
Notary Public

My Commission Expires: