IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RODERICK FREEMAN, #104446**                                                                  **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 3:15-cv-589-DPJ-FKB**

**MANAGEMENT & TRAINING CORPORATION,**
**OFFICER MCCONNELL, AND OFFICER HUNT**                          **DEFENDANTS**

### NOTICE OF THE VIDEO DEPOSITION OF TRENT COOPER

TO:    Crystal W. Martin, Esq.
       Suzanne G. Keys, Esq.
       Precious Martin & Associates
       Post Office Box 373
       Jackson, Mississippi 39205

       Richard Jarrad Garner, Esq.
       Adams and Reese
       1081 Highland Colony Parkway, Suite 800
       Ridgeland, Mississippi 39157

PLEASE TAKE NOTICE that the Defendants, Management & Training Corporation and Lakeisha Hunt, will take the video deposition of *Trent Cooper*, upon oral examination, before an officer authorized by law to administer oaths, at 9:30 a.m. on Friday, August 26, 2016, at the East Mississippi Correctional Facility, 10641 Old Highway 80 W, Meridian, Mississippi. The oral examination will continue from day to day until completed. You are invited to appear and take such part in said examination as you deem proper.

THIS, the 4th day of August, 2016.

                                           MANAGEMENT & TRAINING CORPORATION
                                           AND LAKEISHA HUNT

                                           BY: /s/ Steven J. Griffin

D0610303.1

OF COUNSEL

ROY A. SMITH, JR. - BAR #7599
rsmith@danielcoker.com
STEVEN J. GRIFFIN - BAR #103218
sgriffin@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI  39215-1084
TELEPHONE:  (601) 969-7607
FACSIMILE:  (601) 969-1116

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which provided notice to counsel below:

Suzanne G. Keys, Esq.
Skeys@ptmandassoc.com

Crystal W. Martin, Esq.
cmartin@ptmandassoc.com

*Attorneys for Plaintiff*

Richard Jarrad Garner, Esq.
jarrad.garner@arlaw.com

*Attorney for Defendant Mary McConnell*

THIS, the 4th day of August, 2016.

/s/   Steven J. Griffin

D0610303.1