**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**RODERICK FREEMAN, #104446**                                                        **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 3:15-cv-589-DPJ-FKB**

**MANAGMENT & TRAINING CORPORATION,
OFFICER MCCONNELL, AND OFFICER HUNT**                              **DEFENDANTS**


**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM**

TO:    All Counsel of Record

You will please take notice that Management & Training Corporation, and Officer Hunt,

Defendants in the above-referenced case, by and through counsel, will issue the Subpoena Duces

Tecums to:

1.    MISSISSIPPI DEPARTMENT OF CORRECTIONS
      Attention: Carolyn in Medical Records
      633 N. State Street
      Jackson, Mississippi 39202
      *(attached as Exhibit "A")*

2.    MISSISSIPPI DEPARTMENT OF CORRECTIONS
      Attention: ERS Department
      421 W. Pascagoula Street
      Jackson, Mississippi 39202
      *(attached as Exhibit "B")*

Copies of the Subpoenas have been provided to counsel.

THIS, the 8th day of August, 2016.

MANAGEMENT & TRAINING CORPORATION
AND LAKEISHA HUNT


BY: */s/   Steven J. Griffin*_____
        OF COUNSEL

ROY A. SMITH, JR. - BAR #7599
rsmith@danielcoker.com
STEVEN J. GRIFFIN - BAR #103218
sgriffin@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI  39215-1084
TELEPHONE:  (601) 969-7607
FACSIMILE:  (601) 969-1116

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, I electronically filed the foregoing with the Clerk of

the Court using the ECF system, which provided notice to counsel below:

Suzanne G. Keys, Esq.
Skeys@ptmandassoc.com

Crystal W. Martin, Esq.
cmartin@ptmandassoc.com
        ***Attorneys for Plaintiff***

Richard Jarrad Garner, Esq.
jarrad.garner@arlaw.com
        ***Attorney for Defendant Mary McConnell***

THIS, the 8th day of August, 2016.

/s/   *Steven J. Griffin*
STEVEN J. GRIFFIN